UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:24-CV-00002-MSM-PAS |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant | ) |

ORDER

Mary S. McElroy, United States District Judge.

On December 9, 2024, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") (ECF No. 13) recommending that the Court deny the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 9) and grant the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 10). After having carefully reviewed the relevant papers, the relevant law, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 9) is DENIED and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

January 6, 2025